# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3073

_____

| | | |
|---|---|---|
| Darwin Burnett Walden, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| Cornell Smith; Mary Dick; Dustin | * | [UNPUBLISHED] |
| Lutgen; Tom Conley, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 4, 2011
Filed: February 9, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Darwin Walden appeals from the adverse grant of summary judgment entered by the District Court[1] in this 42 U.S.C. § 1983 action. After careful de novo review, see Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003), we conclude that summary judgment was proper because Walden failed to raise a material factual issue on whether defendants substantially burdened his ability to practice Islam, see Patel v. U.S. Bureau of Prisons, 515 F.3d 807, 813–14 (8th Cir. 2008).

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

Accordingly, we affirm the judgment of the District Court.  <u>See</u> 8th Cir. R. 47B.

_____